SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALAN COLLIE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:17-cv-1364-BAM<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff may have a first extension of time to provide Defendant with Plaintiff's Confidential Letter Brief. Plaintiff shall serve his Confidential Letter Brief on or before March 23, 2018.

IT IS SO ORDERED.

Dated: **March 19, 2018**　　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE