MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA, CSBN 303390
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8967
    Facsimile: (415) 744-0134
    E-mail: beatrice.na@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| ALAN COLLIE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-01364-BAM<br><br>JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Confidential Letter Brief be extended by 7 days, from April 20, 2018 to April 27, 2018.

    Plaintiff served his confidential letter brief on Defendant's counsel on March 16, 2018. Defendant's response to Plaintiff's confidential letter brief was due to Plaintiff on April 20, 2018. Defendant's counsel inadvertently miscalendared the due date to be April 27, 2018, after reviewing the Joint Stipulation for Plaintiff's Extension of Time to File Confidential Letter Brief,

which included the proposed deadline for Plaintiff to serve Defendant by March 23, 2018 (Dkt. No. 10).

Defendant's counsel sincerely apologizes to Plaintiff and the Court for counsel's inadvertence, and respectfully requests this additional time to expend the necessary time to review the record and evaluate the arguments Plaintiff raised in his confidential letter brief, and to submit Defendant's response to Plaintiff.

The parties further stipulate that all subsequent deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

The parties stipulate in good faith, with no intent to prolong proceedings unduly.

Respectfully submitted,

Dated: April 23, 2018            /s/ Shellie Lott *
                                 (* As authorized via email on April 23, 2018)
                                 SHELLIE LOTT

                                 Attorney for Plaintiff


Dated: April 23, 2018            MCGREGOR W. SCOTT
                                 United States Attorney

                         By:     /s/ Beatrice Na
                                 BEATRICE NA
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant

ORDER

Pursuant to the parties' stipulation, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time to respond to Plaintiff's Confidential Letter Brief. Defendant shall serve a response on or before April 27, 2018, and all other deadlines in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **April 23, 2018**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

Joint Stip. &. Order for Ext.; 1:17-cv-01364-BAM