UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN R. COLLIE,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:17-cv-01364-JDP<br><br>FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT |

This matter is before the court on claimant's request for judicial review of an unfavorable decision of the Acting Commissioner of the Social Security Administration regarding his application for Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Ninth Circuit. At a hearing on February 8, 2019, the court heard argument from the parties. We will deny claimant's appeal.

Claimant argues that the Administrative Law Judge ("ALJ") committed reversible legal error at step two of the sequential disability evaluation process in failing to find that any of claimant's impairments are severe. In making this argument, claimant takes the position that the ALJ erred in discounting the opinions of two treating physicians, Drs. Runte and Castleman. Claimant argues that the opinions of these doctors were not contradicted and thus that under Ninth Circuit precedent we must remand this matter unless we find that the ALJ's discounting of these two doctors was supported by clear and convincing evidence.

The ALJ in this case produced a detailed, 16-page opinion that laid out the substantial

1

evidence supporting his determination, and which identified conflicts between the opinions of Drs. Runte and Castleman and other evidence in the record, including other medical opinions. Under the law of this circuit, we thus consider whether the ALJ provided specific and legitimate reasons for discounting the opinions of these two treating physicians. *See Thomas v. Barnhart*, 278 F.3d 947, 957 (9th Cir. 2002). In this case, the ALJ provided such reasons for discounting both Dr. Runte's opinion, AR 33-34, and Dr. Castleman's opinion, AR 34-35.[1]

Additionally, claimant argues that the ALJ erred (1) in discounting claimant's own testimony about his impairments and (2) in discounting the lay witness testimony of claimant's wife and daughter. Claimant's arguments fail to gain traction. In discounting the lay witnesses' testimony, the ALJ articulated reasons germane to each witness—namely, that, in the ALJ's view, each witness's testimony was inconsistent with specific medical evidence, which the ALJ identified, citing to the record, and which the ALJ also summarized.

In sum, having reviewed the record, administrative transcript, briefs of the parties, and applicable law, we find that the ALJ's decision is supported by substantial evidence in the record and is based on proper legal standards. For the foregoing reasons and those stated on the record following oral argument, claimant's request for remand is denied.

**Order**

Accordingly, we deny claimant's appeal from the administrative decision of the Commissioner of Social Security. The clerk of court is directed to enter judgment in favor of defendant Nancy Berryhill, the Acting Commissioner of Social Security, and against claimant Alan R. Collie. The clerk of the court is directed to close this case.

IT IS SO ORDERED.

Dated: February 13, 2019

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If "clear and convincing" evidence were required, we would still affirm. The reasons provided by the ALJ for discounting Drs. Runte and Castleman's opinions were "clear and convincing."

2

3